CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

November 16, 2026

Via ECF
Hon. Gabriel W. Gorenstein
United States Courthouse
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

Re: Tuarez v. SSA
1:26-cv-6985 (GWG)

Dear Judge Gorenstein:

I am the attorney for the plaintiff in the above captioned case and write to request an extension time to file plaintiff's Brief, which is due to be filed on November 18, 2026. This is plaintiff's first request for an extension of time.

I have been unable to complete these papers on time due to the considerable length of the administrative record (in excess of 2,263 pages) coupled with other deadlines that have consumed far more time than budgeted. With the consent of opposing counsel, SAUSA Kristina Cohn, we respectfully request that the Court approve and adopt the following revised briefings schedule:

| | |
|---|---|
| December 18 2026 | Plaintiff's Brief |
| February 16, 2027 | Defendant's Opposition Brief |
| March 9, 2027 | Plaintiff Reply |

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

Cc: AUSA Kristina Cohn

The proposed schedule is approved.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 16, 2026